**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **STEVEN HARRINGTON** | : | **CIVIL ACTION NO. 20-00048** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **CROWLEY OFFSHORE SERVICES, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 23] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Remand is **GRANTED.**

**THUS DONE AND SIGNED** in Chambers this 18th day of September, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**